AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v.

Dawan Dixon

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-72M

I, __Dawan Dixon__, charged in a (complaint) (petition) pending in this District with __BEING A FELON IN POSSESSION OF A FIREARM__ in violation of Title __18__, U.S.C., __922(g)(1) and 924(a)(2)__

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

__April 7, 2008__
Date

_____
Counsel for Defendant