**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-57 |
| | ) |
| DAWANN DIXON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about April 6, 2008, in the State and District of Delaware, DAWANN DIXON, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a 25 caliber semi-automatic Dusek handgun, serial number 107980, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## COUNT TWO

On or about April 6, 2008, in the State and District of Delaware, DAWANN DIXON, defendant herein, did knowingly possess cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 844 (a).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. 25 caliber semi-automatic Dusek handgun, serial number 107980 and

2. the magazine containing five (5) rounds of .25 caliber ammunition and twenty-two (22) other rounds of .25 caliber ammunition.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated: April 10, 2008