UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 08-57-JJF |
| | ) | |
| DAWANN DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>O R D E R</u>**

This **17TH** day of **APRIL 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **MAY 1ST, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                                                            */s/ Leonard P. Stark*
                                                                   **Honorable Leonard P. Stark**
                                                                   **U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney