IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-057-JJF |
| DAWANN DIXON, | : | |
| Defendant. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

PLEASE withdraw the appearance of Edmond Falgowski as attorney of record for the United States, and enter the appearance of Joseph S. Grubb, Special Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/Joseph S. Grubb
Joseph S. Grubb
Special Assistant United States Attorney
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Joseph.Grubb@usdoj.gov

Dated: April 21, 2008