IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
| v. | : Criminal Action No. 08-057 JJF |
| DAWANN DIXON, | : |
|     Defendant. | : |

**O R D E R**

WHEREAS, on May 8, 2008, the Court held a scheduling conference in the above-captioned matter;

NOW THEREFORE, IT IS ORDERED that a Rule 11 hearing will be held on **June 3, 2008, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

IT IS FURTHER ORDERED, if a plea agreement is not reached:

1) Trial will commence on **July 14, 2008, at 9:30 a.m.**

2) The time between May 8, 2008 and June 3, 2008 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 15, 2008
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE