IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-57-JJF |
| DAWANN DIXON, | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**
**OF CHANGE OF PLEA HEARING**

Defendant, Dawann Dixon, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the Change of Plea Hearing in this case.

In support of this Motion, the Defendant submits as follows:

1. A Change of Plea Hearing in this matter is currently scheduled for June 3, 2008, at 11:00 a.m. Trial is to commence on July 14, 2008, should a plea agreement not be reached.

2. The parties are still attempting to negotiate a plea agreement in this matter and require additional time in which to do so. Mr. Dixon has a matter pending in Delaware state court and the posture of that case will factor into Mr. Dixon's decision as to whether or not to plead guilty in the instant matter. The state court case is scheduled to go in front of the Grand Jury on Tuesday, May 27, 2008, at which time the parties will have a better sense of the posture of that case. The parties are attempting to reach a resolution as to both Mr. Dixon's federal case and his pending state court case.

3.	The parties do not anticipate that they will have all of the necessary information regarding Mr. Dixon's state court case in sufficient time to reach a plea agreement by June 3, 2008. Therefore, a three-week continuance of the Change of Plea Hearing is respectfully requested.[1]

4.	Special Assistant United States Attorney, Joseph Grubb, counsel for the government, does not oppose this continuance request.

WHEREFORE, it is respectfully requested that this Court issue an Order continuing the Change of Plea Hearing in this matter to anytime after June 23, 2008.

Respectfully Submitted,

 /s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com

Attorney for Defendant Dawann Dixon

Dated: May 22, 2008

---

[1] Defense counsel will be out of the office from May 23, 2008, through May 30, 2008, returning to the office on June 2, 2008.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-57-JJF |
| DAWANN DIXON, | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Unopposed Motion For Continuance of Change of Plea Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant Dixon's Change of Plea Hearing shall be on the _____ day of _____, 2008, at _____ a.m./p.m.

**IT IS FURTHER ORDERED**, in the interests of justice, that the time from June 3, 2008 up until the date of the rescheduled Change of Plea Hearing , shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

                                                                            Honorable Joseph J. Farnan, Jr.
                                                                            United States District Court