IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-57-JJF |
| DAWANN DIXON, | : |
| Defendant. | : |

## ORDER

Having considered Defendant's Unopposed Motion For Continuance of Change of Plea Hearing;

**IT IS HEREBY ORDERED** this 27 day of May, 2008, that Defendant Dixon's Change of Plea Hearing shall be on the 10TH day of July, 2008, at 2:00 p.m.

**IT IS FURTHER ORDERED**, in the interests of justice, that the time from June 3, 2008 up until the date of the rescheduled Change of Plea Hearing, shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

Honorable Joseph J. Farnan, Jr.
United States District Court